March 26, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

WALLER MARINE, INC., Appellant

NO. 14-14-00181-CV                    V.

SCOTT M. MAGIE AND THE POWER IN.COM, LLC, Appellee

_____

This cause, an appeal from the order in favor of appellee, Scott M. Magie and The Power In.Com, LLC, signed February 13, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the order of the court below **AFFIRMED**.

We order appellant, Waller Marine, Inc., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.